**Joseph James TAYLOR, Appellant**

v.

**Patrick CURRAN, Sergeant, Michael Wenerowicz, Warden, John E. Wetzel, Secretary of Corrections, Tom Corbett, Governor, Appellees.**

Supreme Court of Pennsylvania.

Dec. 15, 2014.

Joseph J. Taylor, Philadelphia, pro se.

Ronald William Chadwell, Pennsylvania Department of Corrections, for Curran, Patrick, Department of Corrections, and Wenerowicz, Michael.

## ORDER

PER CURIAM.

AND NOW, this 15th day of December, 2014, the Order of the Commonwealth Court is AFFIRMED.

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Adam MIELNICKI, Appellant.**

Supreme Court of Pennsylvania.

Argued March 11, 2014.
Decided Dec. 15, 2014.

Carolyn Ann Castagna, Esq., Brian J. Zeiger, Esq., Levin & Zeiger, L.L.P., for Mielnicki, Adam.

Karl Baker, Esq., Abigail Esther Horn, Esq., Aaron Joshua Marcus, Esq., Defender Association of Philadelphia, for Defender Association of Philadelphia.

Nicholas J. Casenta Jr., Esq., Thomas P. Hogan Jr., Esq., West Chester, for Commonwealth of Pennsylvania.

Gerald P. Morano, Esq., Chester County District Attorney's Office, for Commonwealth of Pennsylvania.

CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, MCCAFFERY, STEVENS, JJ.

## ORDER

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**